**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        William Harris v. Althea Thomas

Appellate case number:      01-16-00113-CV

Trial court case number:    15-CV-0165

Trial court:                405th District Court of Galveston County

On February 11, 2016, appellant, William Harris, proceeding *pro se* and incarcerated, filed an affidavit of indigence for appellate costs in this Court in the above-referenced appeal, which the Clerk of this Court referred to the trial clerk. *See* TEX. R. APP. P. 20.1(a)(2), (c)(1), (d), 25.1(a). On February 19, 2016, the trial clerk filed a letter in this Court advising the Clerk of this Court that no contest to the affidavit of indigence will be sought by the trial clerk.

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. at 20.1(f). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that he is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees. On February 23, 2016, the court reporter filed an info sheet in this Court indicating that there is no reporter's record.

The trial clerk is **ORDERED** to file with this Court, within **30 days** of the date of this order and at no cost to appellant, a clerk's record containing all the documents required by Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k), 34.5(a). Finally, the trial clerk is **ORDERED** to mail a copy of the clerk's record to the *pro se* and incarcerated appellant within 10 days of the filing of that record with this Court and to file a confirmation of delivery within 15 days.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☒  Acting individually

Date:  March 1, 2016